IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR TO WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF GS MORTGAGE SECURITIES CORPORATION II, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-GG10, <br><br> Plaintiff, <br><br> v. <br><br> SONORA CROSSROADS PROPERTIES LLC, <br><br> Defendant. | Civil Action No. 2:17-cv-01520 |

**ORDER
CONFIRMING FORECLOSURE SALE AND TERMINATING RECEIVERSHIP**

AND NOW, this _9th_ day of _October_, 2018, upon consideration of Plaintiff U.S. Bank National Association, successor to Wells Fargo Bank, N.A., as Trustee for the registered holders of GS Mortgage Securities Corporation II, Commercial Mortgage Pass-through Certificates, Series 2007-GG10's ("Plaintiff") Motion to Confirm Foreclosure Sale and Terminate Receivership, it is hereby ORDERED and DECREED that the foreclosure sale conducted on September 28, 2018 is confirmed in all respects.

Title to the real properties located 254 Yost Boulevard, Pittsburgh, Pennsylvania 15221 (Parcel ID: 0301-C-0102-0000-00), as more fully described in the Legal Description attached hereto as **Exhibit A**, together with the additional property, interests, and things granted by Defendant Sonora Crossroads Properties LLC ("Defendant"), as more fully described in the Open-End Mortgage, Assignment of Rents, Security Agreement, and Fixture Filing (the

"Mortgage") foreclosed upon in the action, and more fully described in the Complaint (CM/ECF Doc. No. 1), together with the Lease Assignment and UCC-1 Financing Statements (collectively with the Mortgaged Premises, the "Mortgaged Property"), shall pass by Deed, Bill of Sale, and such other conveyance document or documents as are necessary, from the Court-appointed Receiver, CBRE, Inc. (the "Receiver"), to Plaintiff or Plaintiff's nominee or assignee, free and clear.

Having examined the proceedings, the Court finds that the sale associated therewith of the Mortgaged Property and the advertising and notices conformed in all respects to the law, and hereby confirms and approves the sale of the Mortgaged Property and all of the advertising and notices associated therewith.

IT IS FURTHER ORDERED and DECREED that, not later than thirty (30) days from the entry of this Order, the Receiver shall: (i) pay over to Plaintiff any sums in its possession or under its control after paying final expenses related to the receivership; and (ii) file a final report (the "Final Report") with the Court; and

IT IS FURTHER ORDERED and DECREED that, upon the latter to occur of the recording of the Deed into Plaintiff and the filing of such Final Report, the receivership commenced by the Order of Court Appointing CBRE, Inc. as Receiver (the "Receivership Order") (CM/ECF Doc. No. 13) shall terminate, that Receiver shall, as of said date, be discharged from any and all further obligation under the Receivership Order, and that the Bond posted by the Receiver, if any, shall be discharged and exonerated.

BY THE COURT:

_____
Fischer, J.